■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAMISHA L. KILPATRICK, Appellant. [49 NYS3d 309]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Suffolk County (Efman, J.), imposed November 6, 2015, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of her right to appeal precludes appellate review of her contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Eng, P.J., Austin, Roman, Hinds-Radix and Duffy, JJ., concur.